# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-16576-ELF

KIMBERLY KLEIN
MARK A. KLEIN
1201 LEIPER ST

EDDYSTONE, PA 19022-1364

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KIMBERLY KLEIN
    MARK A. KLEIN
    1201 LEIPER ST

    EDDYSTONE, PA 19022-1364


Counsel for debtor(s), by electronic notice only.

    JOHN W CRAYNOCK
    LAW OFFICE OF JOHN W CRAYNOCK
    226 W MARKET ST
    WEST CHESTER, PA 19382

                                                /S/ William C. Miller

Date: 9/27/2018                                      _____

                                                      William C. Miller, Esquire
                                                      Chapter 13 Standing Trustee